IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-295-D

| | |
|---|---|
| INVENTIVE HEALTH CONSULTING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALAN D. FRENCH, JR., PRIYA GOGIA, )<br>JASON DEBASITIS, and JIERU ZHENG, )<br>)<br>Defendants. ) | **ORDER** |

    On August 9, 2018, defendants moved to dismiss certain claims in plaintiff's complaint [D.E. 13] and filed a memorandum in support [D.E. 14]. On August 30, 2018, plaintiff responded in opposition [D.E. 16]. On September 13, 2018, defendants replied [D.E. 17].

    The court has reviewed plaintiff's complaint under the governing standard. See Fed. R. Civ. P. 12(b)(6); Ashcroft v. Iqbal, 556 U.S. 662, 677–78 (2009); Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555–56, 563 (2007). The motion to dismiss [D.E. 13] is DENIED.

    SO ORDERED. This _20_ day of October 2018.

                                                     JAMES C. DEVER III
                                                     United States District Judge