IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-295-D

| | |
|---|---|
| INVENTIV HEALTH CONSULTING, INC., | )<br>)<br>) |
| PLAINTIFF, | )<br>) **NOTICE OF SPECIAL APPEARANCE** |
| v. | )<br>)<br>) |
| ALAN D. FRENCH, JR., PRIYA GOGIA, JASON DEBASITIS, AND JIERU ZHENG, | )<br>)<br>) |
| DEFENDANTS. | ) |

Please take notice that the undersigned Stephen D. Riden hereby enters a notice of special appearance as counsel for inVentiv Health Consulting, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, F. Marshall Wall.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

This the 29th day of October, 2018.

/s/ STEPHEN D. RIDEN
Stephen D. Riden
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: 617.500.8660
Fax: 617.500-8665
sriden@beckreed.com
BBO No. 644451
*Attorney for Plaintiff*

/s/ F. MARSHALL WALL
F. Marshall Wall
CRANFILL SUMNER & HARTZOG, LLP
Post Office Box 27808
Raleigh, NC 27611-7808
Telephone: 919.828.5100
Fax: 919.828.2277
mwall@cshlaw.com
NC Bar No. 26804
Local Civil Rule 83.1(d) Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-295-D

| | | |
|---|---|---|
| INVENTIV HEALTH CONSULTING, INC., | ) ) ) | |
| PLAINTIFF, | ) ) ) | **CERTIFICATE OF SERVICE** |
| v. | ) ) ) | |
| ALAN D. FRENCH, JR., PRIYA GOGIA, JASON DEBASITIS, AND JIERU ZHENG, | ) ) ) | |
| DEFENDANTS. | ) | |

I hereby certify that I have served a copy of Notice of Special Appearance on October 29, 2018 by CM/ECF system on the following:

Melanie Black Dubis
melaniedubis@parkerpoe.com

Catherine R.L. Lawson
Catherinelawson@parkerpoe.com

/s/ STEPHEN D. RIDEN
Stephen D. Riden
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: 617.500.8660
Fax: 617.500-8665
sriden@beckreed.com
BBO No. 644451
*Attorney for Plaintiff*

/s/ F. MARSHALL WALL
F. Marshall Wall
CRANFILL SUMNER & HARTZOG, LLP
Post Office Box 27808
Raleigh, NC 27611-7808

Telephone: 919.828.5100
Fax: 919.828.2277
mwall@cshlaw.com
NC Bar No. 26804
Local Civil Rule 83.1(d) Counsel for Plaintiff