UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-cv-295-D

| | |
|---|---|
| INVENTIV HEALTH CONSULTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ALAN D. FRENCH, JR., PRIYA GOGIA, JASON DEBASITIS, and JIERU ZHENG,<br><br>Defendants. | **JOINT MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER** |

Plaintiff inVentiv Health Consulting, Inc. and Defendants Alan D. French, Jr., Priya Gogia, Jason Debasitis, and Jieru Zheng, hereby jointly move that the Court enter the proposed Consent Protective Order attached hereto as <u>Exhibit 1</u> as an Order of the Court, for the reasons set forth below:

1. Plaintiff and Defendants are competitors in the business of providing consulting services in the pharmaceutical industry.

2. As a consequence of discovery requests exchanged between Plaintiff and Defendants, the parties anticipate that they will disclose highly confidential, internal business records including, but not limited to, customer lists and financial records. The parties share an interest in maintaining the confidentiality of such information and limiting its use to this litigation.

3. Plaintiff and Defendants believe that entry of a confidentiality agreement as a Consent Protective Order of the Court will protect their respective interests with respect to the confidentiality of documents and testimony produced in discovery, and will aid in resolving discovery disputes.

4. All parties to this action have joined this motion.

For the above reasons, all parties to this action hereby jointly move that the Court enter the confidentiality agreement attached hereto as Exhibit 1 as an Order of the Court.

Dated this 3rd day of April, 2019.

Respectfully submitted,

| INVENTIV HEALTH CONSULTING, INC., | ALAN D. FRENCH, JR., PRIYA GOGIA, JASON DEBASITIS, and JIERU ZHENG, |
|---|---|
| By its attorneys, | By their attorneys, |

/s/ Stephen D. Riden
Russell Beck*, BBO No. 561031
   *rbeck@beckreed.com*
Stephen D. Riden, BBO No. 644451
   *sriden@beckreed.com*
Hannah T. Joseph*, BBO No. 688132
   *hjoseph@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Phone: (617) 500-8660

* ***Pro Hac Vice Motions to Be Filed***

/s/ Melanie Black Dubis
Melanie Black Dubis
N.C. State Bar No. 22027
Catherine R.L. Lawson
N.C. State Bar No. 44574
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 890-4158
Facsimile: (919) 834-4564
Email: melaniedubis@parkerpoe.com
       catherinelawson@parkerpoe.com

/s/ F. Marshall Wall
F. Marshall Wall
CRANFILL SUMNER & HARTZOG, LLP
Post Office Box 27808
Raleigh, NC 27611-7808
Telephone: 919.828.5100
Fax: 919.828.2277
mwall@cshlaw.com
NC Bar No. 26804
Local Civil Rule 83.1(d) Counsel for Plaintiff

| | |
|---|---|
| INVENTIV HEALTH CONSULTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALAN D. FRENCH, JR., PRIYA GOGIA, JASON DEBASITIS, and JIERU ZHENG, <br><br> Defendants. | **CERTIFICATE OF SERVICE** |

I hereby certify that I have served a copy of Joint Motion for Entry of Consent Protective Order on April 3, 2019 by CM/ECF system on the following:

Melanie Black Dubis
melaniedubis@parkerpoe.com

Catherine R.L. Lawson
Catherinelawson@parkerpoe.com

*/s/ Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
   *sriden@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, Massachusetts 02110
Phone: (617) 500-8660
*Attorney for Plaintiff*


*s/ F. Marshall Wall*
F. Marshall Wall
CRANFILL SUMNER & HARTZOG, LLP
Post Office Box 27808
Raleigh, NC 27611-7808
Telephone: 919.828.5100
Fax: 919.828.2277
mwall@cshlaw.com
NC Bar No. 26804
Local Civil Rule 83.1(d) Counsel for Plaintiff
