UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-cv-295-D

| | |
|---|---|
| INVENTIV HEALTH CONSULTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALAN D. FRENCH, JR., PRIYA GOGIA, JASON DEBASITIS, and JIERU ZHENG, <br><br> Defendants. | **ORDER ALLOWING CONSENT MOTION TO MODIFY SCHEDULING ORDER** |

THE COURT, having reviewed the Motion made by Plaintiff, with the consent of Defendants, for leave to modify the Scheduling Order in this action [DE 22], finds that the Motion is made in good faith and hereby GRANTS the Motion. The following revisions are hereby made to the Scheduling Order in this action:

- All fact discovery shall be completed by December 15, 2019;

- Reports from retained experts are due 30 days after the close of fact discovery;

- Reports from rebuttal experts are due 60 days after the close of fact discovery; and

- All potentially dispositive motions shall be filed by March 30, 2020.

SO ORDERED. This the __1__ day of April 2019.

JAMES C. DEVER III
United States District Judge