IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-295-D

INVENTIV HEALTH CONSULTING, INC. )
)
)
)
v. ) **NOTICE OF SPECIAL APPEARANCE**
)
ALAN D. FRENCH, JR., PRIYA GOGIA, )
JASON DEBASITIS, and JIERU ZHENG )
)

Please take notice that the undersigned Robert N. Holtzman hereby enters a notice of special appearance as counsel for ALAN D. FRENCH, JR., PRIYA GOGIA, JASON DEBASITIS, and JIERU ZHENG in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Melanie B. Dubis, Esq., of Parker Poe.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Robert N. Holtzman
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: 212-715-9513
Fax: 212-715-8035
rholtzman@kramerlevin.com
NY Bar. No. 2563047
Attorney for Defendants

Melanie B. Dubis
Parker Poe Adams & Bernstein LLP

301 Fayetteville Street
Suite 1400
Raleigh, NC 27601
Tel: 919-890-4158
Fax: 919.835.4542
melaniedubis@parkerpoe.com
NC Bar. No. 22027
Local Civil Rule 83.1(d) Counsel for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **NOTICE OF SPECIAL APPEARANCE** was electronically filed with the Clerk of the Court by using the CM/ECF System which will automatically send notice of the filing to following addresses:

>F. Marshall Wall
>Cranfill Sumner & Hartzog LLP
>P.O. Box 27808
>Raleigh, NC 27611
>Email: mwall@cshlaw.com
>
>Stephen D. Riden
>Beck Reed Riden LLP
>155 Federal Street, Suite 1302
>Boston, MA 02110
>Email: sriden@beckreed.com

This the 8th day of August, 2019

>/s/ Robert N. Holtzman
>Robert N. Holtzman
>Kramer Levin Naftalis & Frankel LLP
>1177 Avenue of the Americas
>New York, NY 10036
>Tel: 212-715-9513
>Fax: 212-715-8035
>rholtzman@kramerlevin.com
>NY Bar. No. 2563047
>*Attorney for Defendants*
>
>/s/ Melanie B. Dubis
>Melanie B. Dubis
>Parker Poe Adams & Bernstein LLP
>301 Fayetteville Street
>Suite 1400
>Raleigh, NC 27601
>Tel: 919-890-4158
>Fax: 919-835-4542
>melaniedubis@parkerpoe.com
>NC Bar. No. 22027
>*Local Civil Rule 83.1(d) Counsel for Defendants*