IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-CV-295-D

| | |
|---|---|
| INVENTIV HEALTH CONSULTING, INC., | ) |
| Plaintiff, | ) |
| v. | ) **NOTICE OF WITHDRAWAL AND** |
| ALAN D. FRENCH, JR., PRIYA GOGIA, JASON DEBASITIS, and JIERU ZHENG, | ) **SUBSTITUTION OF COUNSEL** |
| Defendants. | ) |

Catherine R. L. Lawson, a member in good standing of the bar of North Carolina and admitted to practice before this Court, is currently attorney of record for Defendants Alan D. French, Jr., Priya Gogia, Jason Debasitis, and Jieru Zheng ("Defendants") in this action. Please take notice that, in accordance with Local Civil Rule 5.2(c), Tory Ian Summey of the law firm Parker Poe Adams & Bernstein LLP, a member in good standing of the bar of North Carolina and admitted to practice before this Court, is hereby substituted for Catherine R. L. Lawson as counsel of record for Defendants. Mr. Summey is aware of and will comply with all pending deadlines. Ms. Lawson is no longer counsel of record in this matter.

This the 8th day of November, 2019.

/s/ Catherine R. L. Lawson
Catherine R. L. Lawson
N.C. State Bar No. 44574
Melanie Black Dubis
N.C. State Bar No. 22027
Maureen M. Zyglis
N.C. State Bar No. 40753
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 890-4158
Facsimile: (919) 834-4564
Email: melaniedubis@parkerpoe.com
catherinelawson@parkerpoe.com
maureenzyglis@parkerpoe.com

/s/ Tory Ian Summey
Tory Ian Summey
N.C. State Bar No. 46437
PARKER POE ADAMS & BERNSTEIN LLP
401 S. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 335-9036
Facsimile: (704) 334-4706
Email: torysummey@parkerpoe.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> F. Marshall Wall
> CRANFILL SUMNER & HARTZOG LLP
> P.O. Box 27808
> Raleigh, NC 27611
> Email: mwall@cshlaw.com
>
> Stephen D. Riden
> BECK REED RIDEN LLP
> 155 Federal Street, Suite 1302
> Boston, MA 02110
> Email: sriden@beckreed.com
> *Counsel for Plaintiff*

This the 8th day of November, 2019.

> /s/ Catherine R. L. Lawson
> Catherine R. L. Lawson
> N.C. State Bar No. 44574
> PARKER POE ADAMS & BERNSTEIN LLP
> 301 Fayetteville Street, Suite 1400Raleigh, North Carolina 27601
> Telephone: (919) 890-4158
> Facsimile: (919) 834-4564
> Email: catherinelawson@parkerpoe.com
>
> /s/ Tory Ian Summey
> Tory Ian Summey
> N.C. State Bar No. 46437
> PARKER POE ADAMS & BERNSTEIN LLP
> 401 S. Tryon Street, Suite 3000
> Charlotte, North Carolina 28202
> Telephone: (704) 335-9036
> Facsimile: (704) 334-4706
> Email: torysummey@parkerpoe.com