IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:18-cv-00295-D

|  |  |
|---|---|
| INVENTIV HEALTH CONSULTING, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| ALAN D. FRENCH, JR., PRIYA GOGIA, JASON DEBASITIS, and JIERU ZHENG, | ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' NOTICE OF SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY

Defendants Alan D. French Jr., Priya Gogia, Jason Debasitis, and Jieru Zheng (together, "Defendants") respectfully submit this Notice of Suggestion of Subsequently Decided Authority in regards to Plaintiff's pending Motion for Extension of Time to Complete Discovery. [D.E. 42]. Defendants attach an order from related litigation pending in the United States District Court for the District of New Jersey extending discovery in that matter through and including March 16, 2020 and a joint proposed order submitted in the Superior Court for the Commonwealth of Massachusetts extending discovery in that matter through and including March 16, 2020.[1] For the reasons stated in their opposition to Plaintiff's Motion for Extension of Time to Complete Discovery, Defendants continue to oppose extension of the discovery deadline of this matter by six months. [D.E. 45]. However, in light of the filings attached to this notice,

---

[1] Attached hereto as Exhibit A is an order entered by the United States District Court for the District of New Jersey. Attached hereto as Exhibit B is a joint proposed order filed in the Superior Court for the Commonwealth of Massachusetts.

PPAB 5384771v2

Case 5:18-cv-00295-D   Document 61   Filed 02/04/20   Page 1 of 3

Defendants do not oppose an extension of discovery of this matter through and including March 16, 2020 in order to ensure consistency with the deadlines applicable to these related lawsuits.

Respectfully submitted this 4th day of February, 2020.

/s/ Tory Ian Summey
Melanie Black Dubis
N.C. State Bar No. 22027
melaniedubis@parkerpoe.com
Tory Ian Summey
N.C. State Bar No. 46437
torysummey@parkerpoe.com
Corri A. Hopkins
N.C. State Bar No. 54856
corrihopkins@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
Post Office Box 389
Raleigh, North Carolina 27602-0389
Tel: (919) 828-0564
Fax: (919) 834-4564

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANTS' NOTICE OF SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY** was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same addressed as follows:

>F. Marshall Wall
>CRANFILL SUMNER & HARTZOG, LLP
>Post Office Box 27808
>Raleigh, NC 27611-7808
>Email: mwall@cshlaw.com
>
>Stephen D. Riden
>BECK REED RIDEN LLP
>155 Federal Street, Suite 1302
>Boston, Massachusetts 02110
>Email: sriden@beckreed.com
>*Counsel for Plaintiff*

This 4th day of February, 2020.

/s/ Tory Ian Summey
Melanie Black Dubis
N.C. State Bar No. 22027
melaniedubis@parkerpoe.com
Tory Ian Summey
N.C. State Bar No. 46437
torysummey@parkerpoe.com
Corri A. Hopkins
N.C. State Bar No. 54856
corrihopkins@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
Post Office Box 389
Raleigh, North Carolina 27602-0389
Tel: (919) 828-0564
Fax: (919) 834-4564
*Attorney for Defendants*
